# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        VS                                  CASE NO.  3:05-CR-5-01 RV

FREDERICK GLEN GRAY

## FINANCIAL REFERRAL AND ORDER

Upon review of the financial records, it appears that funds for:  _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee,___ Copy Fee,___ Bond, ___ Other (Specify) _____,are now held by the Clerk for

                   Frederick Glen Gray #06316-017           (Payee)
Address:    FCI Coleman Low
                 PO Box 1031
                 Coleman, FL 33521

Receipt Numbers B060809 DFLN305CR000005 & B090809DFLN305CR000005
Date of Receipts   7/10/09 & 10/21/09

Motion:    N/A

Explanation: Frederick Gray's $100.00 special assessment and $1,000.00 fine were paid on 7/10/09. The Clerk's office received $25.00 on the July 2009 Bureau of Prisons (BOP) reports and then another $25.00 on the September 2009 BOP report. According to the court dockets and financial records, Mr. Gray does not owe any additional money.  Requesting authorization to refund the $50.00 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

**WILLIAM M. McCOOL, Clerk of Court**

**By:**   *s/Philip Detweiler*
           Philip Detweiler, Financial Specialist

**Date:  November 5, 2009**

---

## ORDER

Upon consideration, it is ORDERED this 5th___ day of__November_____, 2009, that the request is GRANTED and that the Clerk of the Court refund the identified funds to the payee.

          /s/ *Roger Vinson*
            ROGER VINSON
      SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99